MICHAEL FRUZYNSKI, PLAINTIFF-RESPONDENT, v. HELEN RADLER, DEFENDANT-PETITIONER.

See same case below: 23 *N. J. Super.* 274.

*Messrs. Fox & Schackner* and *Mr. William V. Azzoli* for the petitioner.

*Messrs. Rospond & Rospond* for the respondent.

March 2, 1953. Denied.

JOHN BONDAR, PLAINTIFF-RESPONDENT, v. SIMMONS COMPANY, DEFENDANT-PETITIONER.

See same case below: 23 *N. J. Super.* 109.

*Messrs. O'Brien, Brett & O'Brien* and *Mr. Isidor Kalisch* for the petitioner.

*Mr. Mortimer Wald* for the respondent.

March 2, 1953. Granted.